UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GERALD HOPKINS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:97CV00958 ERW |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner Gerald Hopkins' Motion to Reconsider [ECF No. 82]. On February 23, 2017, this Court denied Petitioner's Motion for Relief [ECF No. 67], because Petitioner's Motion was, in essence, a successive habeas petition which requires permission from the Eighth Circuit to be filed before this Court may consider the motion. 28 U.S.C. § 2255(h). As neither the law nor the facts have changed, the Court will not reconsider its decision denying Petitioner's Motion for Relief.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Gerald Hopkins' Motion to Reconsider [ECF No. 82] is **DENIED**.

So Ordered this 12th day of April, 2017.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE